UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:15-cv-61238-Cohn/Seltzer

ROBERT MARAZZITA JR.,

    Plaintiff,

v.

BANK OF AMERICA, N.A., f/k/a BAC HOME LOAN SERVICING, LP,

    Defendants.
_____/

**DEFENDANT BANK OF AMERICA, N.A.'S
WITNESS LIST AND EXHIBIT LIST**

Defendant, BANK OF AMERICA, N.A., by and through its undersigned attorney, hereby serves its Witness and Exhibit List as follows:

**Fact Witnesses**

A. Plaintiff **Robert Marazzita, Jr**. – 450 Golden Isles Dr. Apt 1C, Hallendale Beach, Florida 33009

    a. c/o F. Scott Fistel, Esquire
    b. Fistel Law Group, P.A.
    c. 1451 W. Cypress Creek Rd, Suite 300
    d. Ft. Lauderdale, FL 33309

B. Bank of America, N.A.'s Corporate Representative, **Sandra Prestia -** 100 North Tryon St., Charlotte, North Carolina 28255.

    Care of:
    J. Randolph Liebler, Esq.
    Ariel Acevedo, Esq.
    Gabrielle Gonzalez, Esq.
    Liebler, Gonzalez & Portuondo
    44 West Flagler Street
    25th Floor
        Miami, Florida 33130

**CASE NO.: 0:15-CV-61238-COHN/SELTZER**

    Phone: 305-379-0400
    jrl@lgplaw.com
    aa@lgplaw.com
    gg@lgp.law.com

C. Phillip R. Semenick, Esq.
   McCalla Raymer, LLC
   110 SE 6th St Ste 2400
   Fort Lauderdale, FL 33301
   Phone: 954-332-9409

D. F Scott Fistel, Esq.
   Fistel Law Group, P.A.
   1451 W Cypress Creek Rd Ste 300
   Fort Lauderdale, FL 33309

E. Plaintiff's Fact Witnesses.

F. All witnesses necessary for impeachment or rebuttal.

Defendant, Bank of America, N.A. reserves the right to amend this Witness List.

## **DEFENDANT BANK OF AMERICA, N.A.'S EXHIBIT LIST**

1. March 27, 2007 Promissory Note.

2. March 27, 2007 Mortgage

3. Loan Payment History

4. July 3, 2009  Loan Modification Solicitation Letter from Bank of America to Robert Marazzita

5. April 26, 2013 Loan Modification Solicitation Letter from Bank of America to Robert Marazzita, care of his attorney.

6. August 5, 2014 acknowledgment letter to Robert Marazzita.

7.  August 6, 2014 document request letter to Robert Marazzita care of his attorney.

8. August 12, 2014 estimated market value letter to Robert Marazzita care of his attorney.

**CASE NO.: 0:15-CV-61238-COHN/SELTZER**

9. August 14, 2014 letter regarding loss mitigation to Robert Marazzita care of his attorney

10. August 29, 2014 loan modification update letter to Robert Marazzita

11. September 2, 2014 loan modification update letter to Robert Marazzita.

12. October 7, 2014 letter regarding loss mitigation to Robert Marazzita care of his attorney

13. December 2, 2014 letter regarding loss mitigation to Robert Marazzita care of his attorney

14. December 15, 2014 loan modification decline letter to Robert Marazzita, care of his attorney

15. January 16, 2015 hardest hit fund letter to Robert Marazzita

16. January 28, 2015 acknowledgment letter to Robert Marazzita care of his attorney

17. January 28, 2015 estimated market value letter to Robert Marazzita care of his attorney

18. January 29, 2015 estimated market value letter to Robert Marazzita care of his attorney

19. January 30, 2015 loan modification letter to Robert Marazzita care of his attorney

20. January 30, 2015 document request letter to Robert Marazzita care of his attorney

21. February 4, 2015 loan modification letter to Robert Marazzita care of his attorney

22. February 14, 2015 loan modification decline letter to Robert Marazzita, care of his attorney

23. Workout History Screen, BANA00001

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130 (305) 379-0400

**CASE NO.: 0:15-CV-61238-COHN/SELTZER**

24. HomeSaver- Workout Notes BANA00099-BANA00166

25. March 24, 2016 letter from USPS to Gabrielle Gonzalez, Esq regarding mail forwarding.

26. September 16, 2008 Notice of Acceleration to Robert Marazzita

27. Uniform Residential Loan Application BANA00174- BANA00177

28. AS400, BANA00491-BANA00709

29. Email from Maria Aguilar to Gabrielle Gonzalez, Esq. dated March 9, 2016 at 7:22:14 PM titled "Marazzita, Robert- Discovery/Good Faith Conferral email" and all attachments thereto including documents titled:

    a. "Statement From Robert Marazzita_Loan Mod."

    b. "Complete Package_August 11_2014"

    c. "Letter of Explanation of Rent 12.12.14"

30. Invoices from Fistel Law Group, P.A dated:

    a. June 10, 2015

    b. July 10, 2015

    c. August 10, 2015

    d. September 10, 2015

    e. October 9, 2015

    f. November 10, 2015

    g. May 20, 2015

    h. June 10, 2015

    i. July 10, 2015

– 4 –

CASE NO.: 0:15-CV-61238-COHN/SELTZER

    j. August 10, 2015

    k. September 10, 2015

    l. October 9, 2015

    m. November 10, 2015

    n. December 10, 2015

31. Contract for legal services between Robert Marazzita and Scott Fistel, Esq. dated May 20, 2015

32. Damages Chart produced in discovery by Robert Marazzita

33. Loan Modification documents produced in discovery titled "LM.2—Compressed"

34. Loan modification documents produced in discovery titled "Loan Mod Package.R1"

35. Plaintiff's responses to Defendant's request for production, interrogatory responses, request for admission responses.

36. Fax confirmation produced by Plaintiff dated October 16, 2014 at 9:09AM including Notice of Address Change

37. All attachments to the Second Amended Complaint including **all emails** attached as D.E. 31-1 and D.E. 31-2 and the email's corresponding attachments.

38. Notice of Filing Order Setting Residential Foreclosure dated July 28, 2014 filed in the Circuit Court of the 15th Judicial Circuit of Florida in and for Palm Beach County case number 2009 CA 018330 styled *Countrywide Home Loans Servicing, LP n/k/a BAC Home Loans Servicing, L.P. vs. Robert Marazzita, et al* ("Foreclosure Action")

39. Notice of Telephonic Conciliation Conference dated July 28, 2014 filed in the Foreclosure Action.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130 (305) 379-0400

**CASE NO.: 0:15-CV-61238-COHN/SELTZER**

40. Defendant's Motion to Remove Case from Non-Jury Trial Docket dated August 12, 2014 filed in the Foreclosure Action

41. Order on Defendant's Motion to remove Case from Non-Jury Trial Docket dated August 18, 2014 filed in the Foreclosure Action

42. Order Setting Residential Foreclosure Non-Jury Trial dated September 17, 2014 filed in the Foreclosure Action.

43. Notice of Address Change filed October 16, 2014 in the Foreclosure Action

44. Order Setting Residential Foreclosure Non-Jury Trial dated December 18, 2014 filed in the Foreclosure Action

45. Consent Final Judgment of Foreclosure dated February 5, 2015 filed in the Foreclosure Action

46. All Exhibits to Plaintiff's Response to Defendant's MSJ, D.E. 62-1, D.E.62-2.

47. Affidavit of Robert Marazzita

48. Affidavit of Scott Fistel, Esq.

49. Deposition Transcript of Robert Marazzita, Jr, taken on March 11, 2016.

50. Deposition Transcript of Mary Davids, taken on April 12, 2016.

51. Deposition Transcript of Scott Fistel, Esq.

52. Any document produced by any party or witness in discovery.

53. Any responses to discovery by any party.

54. Any and all exhibits, papers, records, or writings attached to, filed with, or referenced in the filings in this case.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130 (305) 379-0400

**CASE NO.: 0:15-CV-61238-COHN/SELTZER**

55. Defendant reserves the right to supplement and/or amend this Exhibit List.

Respectfully submitted,

/s/ Gabrielle Gonzalez
ARIEL ACEVEDO
Florida Bar No. 946001
E-mail: aa@lgplaw.com
GABRIELLE GONZALEZ
Florida Bar No. 103036
E-mail: gg@lgplaw.com
J. RANDOLPH LIEBLER
Florida Bar No. 507954
E-mail: jrl@lgplaw.com
Attorneys for Defendant
LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone:  (305) 379-0400
Fax:  (305) 379-9626

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June, 2016, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Gabrielle Gonzalez
GABRIELLE GONZALEZ

F. Scott Fistel, Esq.
Fistel Law Group, P.A.
1451 W. Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
E-mail: pleadings@fistel.com
*Attorneys for Plaintiff*